IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VILLA BEDELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 08-cv-337-JPG |
| SOUTHERN ILLINOIS RIVERBOAT/ CASINO CRUISES, INC., d/b/a Harrah's Metropolis Casino, | ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   April 13, 2009**

JUSTINE FLANAGAN, ACTING CLERK

By:s/Deborah Agans, Deputy Clerk

**APPROVED:** *s/ J. Phil Gilbert*
            **U. S. DISTRICT JUDGE**